UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                    Case No: 16-25095-BKC-RAM
                                                                                          Chapter 13

Jessica Revoredo Walde
    Debtor.
_____/

**DEBTOR'S EXPEDITED MOTION FOR ORDER RELEASING WRIT OF GARNISHMENT AND RELEASING FUNDS TO THE DEBTOR**

COMES NOW, Jessica Revoredo Walde, (the "Debtor") by and through her undersigned counsel files this Motion for Order Releasing Writ of Garnishment and Releasing Funds to the Debtor (the "Motion") and in support thereof states as follows:

1. On October 12, 2016, the Circuit Court Judge in Case No: 09-64661 CA 27, styled, <u>Ford Motor Credit Company, LLC vs. Jessica L. Revoredo-Walde</u> (the "State Court Action") entered on order issuing Writ of Garnishment (the "Writ") to be served upon JP Morgan Chase Bank, N.A. where the Debtor holds checking account ending 7627.

2. Subsequently, the bank placed a hold on the funds and froze the account.

3. On November 9, 2016, the Debtor sought bankruptcy relief by filing a Voluntary Chapter 7 Bankruptcy Petition.

4. By virtue of the funds being wages, since the Debtor's employer makes direct deposits into this account, the Writ needs to be set aside and any funds garnished post petition date need to be released to the Debtor.

5. An Expedited hearing is being requested because the Debtor needs the proceeds in the account to pay rent and utility bills.

WHEREFORE, the Debtor requests this Court enter an Order releasing the Writ of Garnishment and releasing the funds to the Debtor and for such other and further relief the Court deems just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set for in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion was served this __9th__ day of November 2016 to all parties of interest associated with cm/ecf electronic docketing systems and all parties attached to the matrix list.

Submitted by,

/S/ Christian Diaz, Esq.
Christian Diaz, Esquire
Flarida Bar No: 518131
**Law Office of Diaz and Associates**
Attorney for Debtor
9730 SW 72 Street, Suite A110
Miami, Florida 33173
Telephone: 305-598-1800
cdiaz@diazlawnow.com